RICHARD E. HEINLE, APPELLANT, *v.* LYANN AILEEN HEINLE, RESPONDENT.

No. 6861

November 16, 1972　　　　　　　　　502 P.2d 986

*Fry and Fry,* of Reno, for Appellant.

*Samuel B. Francovich,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

In the circumstances disclosed by the record, we believe the trial court erred neither in its disposition of the parties' community property, NRS 125.150(1), nor in ordering appellant to pay respondent $75 per month for the support of the parties' minor daughter, NRS 125.140(2). Recounting those circumstances, which in combination are unique, would create no useful precedent.

Affirmed.